BRUCE STEWART NICKERSON, an Infant, by STEWART H. NICKERSON, His Guardian ad Litem, Plaintiff, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant. STEWART H. NICKERSON, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. (Consolidated Action.) — Order granting defendant's motion for consolidation of actions unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.